

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

January 26, 1971

Honorable W. S. (Bill) Heatly
Chairman of the Appropriations
  Committee
House of Representatives
Austin, Texas

Opinion No. M- 775

Re: Construction of Article
    4357, Vernon's Civil
    Statutes.

Dear Mr. Heatly:

Your request for an opinion on the above subject matter asks the following question:

"As Chairman of the Appropriations Committee of the House, I respectfully request an interpretation of Article 4357 with specific reference to the time when appropriated funds lapse."

The pertinent provision of Article 4357 reads:

"....No claim shall be paid from appropriations unless presented to the Comptroller for payment within two (2) years from the close of the fiscal year for which such appropriations were made, but any claim not presented for payment within such period may be presented to the Legislature as other claims for which no appropriations are available. ......" (Emphasis added.)

In Attorney General's Opinion V-1416 (1952) it was held:

".... we are of the opinion that the 'fiscal year for which such appropriations were made' should be construed to mean the fiscal year during which the appropriated funds became available for disbursement. ......"

See also Attorney General's Opinions WW-1518 (1962), WW-280 (1957) and O-4259 (1942).

You are therefore advised, for example, that moneys appropriated for the fiscal year ending August 31, 1969, do not lapse until August 31, 1971, and moneys appropriated for the fiscal year ending August 31, 1970, do not lapse until August 31, 1972.

It is noted that Article 4357 also provides:

> "It is specifically provided, however, that as to all appropriations relating to new construction contracts, and to repair and remodeling projects which exceed the sum of Twenty Thousand Dollars ($20,000.00), including in either instance furniture and other equipment, architects' and engineering fees and other related costs, any claim may be presented for payment within four (4) years from the close of the fiscal year for which such appropriations were made."

These last quoted provisions, however, have no application to your request, since the request apparently does not involve appropriations for "new construction contracts" or "repair and remodeling projects." Attorney General's Opinion WW-1518 (1962).

## S U M M A R Y

Under the provisions of Article 4357, Vernon's Civil Statutes, moneys appropriated for the fiscal year ending August 31, 1969, do not lapse until August 31, 1971, and moneys appropriated for the fiscal year ending August 31, 1970, do not lapse until August 31, 1972.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Jack Goodman
Melvin Corley
Arthur Sandlin
J. C. Davis

MEADE F. GRIFFIN
Staff Legal Assistant

NOLA WHITE
First Assistant

ALFRED WALKER
Executive Assistant